UNITED STATES of America,
Appellee,

v.

Eduardo OLVERA–YANEZ, also known as Jose G. DeLeon, also known as Eduardo Olvera, also known as Eduardo O. Olvera, also known as Eduardo G. Yanez, also known as Eudardo O. Yanez, also known as Jose Guadalupe Ledesma–Deleon, also known as Jose Guadalupe Ledesma, Appellant.

No. 00–3852.

United States Court of Appeals,
Eighth Circuit.

Submitted Feb. 6, 2001.

Decided March 6, 2001.

---

1. The Honorable Joseph F. Bataillon, United States District Judge for the District of Nebraska.

Before HANSEN, MORRIS SHEPPARD ARNOLD, and BYE, Circuit Judges.

[UNPUBLISHED]

PER CURIAM.

Eduardo Olvera–Yanez pleaded guilty to illegally re-entering the United States after deportation, in violation of 8 U.S.C. § 1326(a). His sentence was enhanced under section 1326(b)(2) and U.S.S.G. § 2L1.2(b)(1)(A) because he had previously been deported after being convicted of an aggravated felony. The district court[1] sentenced him to 77 months imprisonment and 2 years supervised release.

Olvera–Yanez argues on appeal, as he did below, that the fact of his prior aggravated-felony conviction had to be charged in the indictment and proven beyond a reasonable doubt because *Almendarez–Torres v. United States*, 523 U.S. 224, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998), is no longer good law in light of *Apprendi v. New Jersey*, 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000). We reject this argument because the *Apprendi* Court declined to overrule *Almendarez–Torres*, *id.* at 2362, and we have previously declined to read *Apprendi* as disturbing the holding of

*Almendarez–Torres, see United States v. Rush*, 240 F.3d 729, 731 (8th Cir.2001) (per curiam) (*Apprendi* does not apply to fact of prior conviction); *United States v. Aguayo–Delgado*, 220 F.3d 926, 932 n. 4 (8th Cir.) ("In *Apprendi*, the Court left *Almendarez–Torres* untouched, although [it] expressed a willingness to reconsider it."), *cert. denied*, 531 U.S. 1026, 121 S.Ct. 600, 148 L.Ed.2d 513 (2000).

Accordingly, we affirm the judgment of the district court.

---

1. The Honorable Thomas M. Shanahan, United States District Judge for the District of Nebraska.